tion denied, with ten dollars costs. Order signed. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

CUATOTOLAPAM SUGAR COMPANY v. EMAN L. BECK.—Motion denied, with ten dollars costs; time to answer extended. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

MARTIN E. STINER v. TENNESSEE COPPER COMPANY. MARTIN E. STINER v. TENNESSEE COPPER COMPANY. MARTIN E. STINER v. TENNESSEE COPPER COMPANY. MARTIN E. STINER v. TENNESSEE COPPER COMPANY.—Motions denied, with ten dollars costs. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

JOHN C. RODGERS v. H. S. KERBAUGH and Others.—Motion granted; question certified. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

ROBERT DOLLAR COMPANY v. CANADIAN CAR AND FOUNDRY COMPANY.—Motion granted; question certified. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

ROBERT DOLLAR COMPANY v. CANADIAN CAR AND FOUNDRY COMPANY.—Motion for stay granted. Order to be settled on notice. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

BELLE H. H. CAZZANI v. TITLE GUARANTEE AND TRUST COMPANY.—Motion granted; questions certified. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

ARCHIBALD S. WHITE v. ARTHUR B. LEACH and Others.—Motion denied, with ten dollars costs. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

ABRAHAM L. WERNER v. NATHAN COLEMAN.—Motion denied, with ten dollars costs. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

ANTON SCHMID v. ISAAC NEUBERGER.—Motion denied, with ten dollars costs. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

In the Matter of HERRMANN E. GOLDSCHMIDT.—Motion denied, with ten dollars costs. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

EMPIRE KAOLIN v. MUTUAL BANK and Others.—Motion denied, with ten dollars costs. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

MARY CAREY v. NEW YORK RAILWAYS COMPANY.—Motion denied, with ten dollars costs. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

ALL-PACKAGE GROCERY STORES v. HUGH MCATAMNEY.—Motion denied, with ten dollars costs. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

DANIEL E. POMEROY v. HOCKING VALLEY RAILROAD COMPANY.—Motion denied, with ten dollars costs. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

HENRY B. TANGEMANN v. THE CITY OF NEW YORK.—Motion denied, with ten dollars costs. Present—Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.